UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 22  A 11: 31

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

101 West Lombard Street
Baltimore, Maryland  21201
(410) 962-0723

January 17, 2002

MEMORANDUM TO MR. KAY RE:   United States of America v.
                             Assorted Computer Equipment (Eason)
                             Civil #L-01-2928

Dear Mr. Kay:

   A complaint was filed on October 3, 2001.  To date nothing further has been filed. Accordingly, a written status report is due on January 31, 2002.

   Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                       Very truly yours,

                                       Benson Legg

                                       Benson Everett Legg

c:     Court file